USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

  -against-                                        (S7)98-cr-1023-15(LAK)

Khaled Al Fawwaz (15),

        Defendant.
------------------------------x

Order

    CJA attorney Bobbi C. Sternheim is appointed *nunc pro tunc* as of October 7, 2012 to represent defendant Khaled Al Fawwaz.

Dated: October 9, 2012

                                              Lewis A. Kaplan
                                         United States District Judge