UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                      S7 98 Crim. 1023 (LAK)

KHALED AL FAWWAZ and ADEL ABDEL BARY,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.    The Court hereby finds that this is an extremely difficult case, that it is in the interest of justice for each defendant to be represented by more than one attorney and that certain of the attorneys so appointed for defendant Fawwaz, in light of their prior relationships to that defendant and his prior counsel, be individuals who are not members of this Court's CJA Panel. *See* Revised Plan for Furnishing Representation Pursuant To the Criminal Justice Act § VII.

        2.    The appointment of Mr. Kirby and Ms. O'Connor for defendant Fawwaz is conditional upon (1) the consent of defendant Fawwaz, and (2) the approval of the Chief Judge of the District. *See id.* § VII.D.

        SO ORDERED.

Dated:      October 15, 2012

                                                          Lewis A. Kaplan
                                                    United States District Judge

Approved:

Loretta A. Preska
Chief Judge
October 16, 2012