UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                               S7 98 Crim. 1023 (LAK)

KHALED AL FAWWAZ and ADEL ABDEL BARY,

        Defendants.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/13

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall file any motion pursuant to Section 4 of the Classified Information Procedures Act no later than April 15, 2013.

        SO ORDERED.

Dated: March 15, 2013

                                                                                       Lewis A. Kaplan
                                                                                  United States District Judge