UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                          S7 98 Crim. 1023 (LAK)

KHALED AL FAWWAZ and ADEL ABDEL BARY,

        Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13
```

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        The parties hereby are ordered to confer and submit jointly to the Court by May 3, 2013 proposed dates for defendants to submit any notice pursuant to Section 5(a) of the Classified Information Procedures Act and for the Government to file any motion pursuant to Section 6(a) of the Classified Information Procedures Act.

        SO ORDERED.

Dated:      April 16, 2013

                                                            Lewis A. Kaplan
                                                     United States District Judge