USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

              -against-                              S7 98 Crim. 1023 (LAK)

KHALID AL FAWWAZ and ADEL ABDEL BARY,

              Defendants.

------------------------------------------x

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.     The government shall produce (a) the electronic media described in paragraph I in digital format and (b) copies of the computer hard drives described in paragraph II of its letter of June 7, 2013 (the "Letter") to defendants no later than July 9, 2013.

        2.     The government shall produce the information described in paragraph III of the Letter to defendants no later than June 25, 2013.

        3.     Any requests by the defendants for letters rogatory seeking any of the materials described in paragraph IV.B of the letter shall be filed no later than July 2, 2013.

        4.     Any motions for Rule 15 depositions or for letters rogatory (other than as described in paragraph 3) by any party shall be filed on or before August 1, 2013.

        5.     This case is set for trial at 9:30 a.m. on April 7, 2014.

        SO ORDERED.

Dated:     June 11, 2013

                                                    Lewis A. Kaplan
                                                    United States District Judge