**U.S. Department of Justice**

DOCKET

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/13

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

August 1, 2013

RECEIVED
AUG - 1 2013
JUDGE KAPLAN'S CHAMBERS

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York  10007

Re:  **United States** v. **Khalid al Fawwaz & Adel Abdel Bary,**
     **98 Cr. 1023 (LAK)**

Dear Judge Kaplan:

The Government writes to respectfully advise the Court that it takes no position with respect to defendant Fawwaz's pending motion seeking letters rogatory.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
   Sean S. Buckley
   Rachel P. Kovner
   Stephen J. Ritchin
   Assistant United States Attorneys
   (212) 637-2261 / 2470 / 2503

cc (by electronic mail):  Counsel of record