

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

**MEMO ENDORSED**

September 17, 2013

BY HAND

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13
```

Re:  United States v. Khalid al Fawwaz & Adel Abdel Bary,
     98 Cr. 1023 (LAK)

Dear Judge Kaplan:

The Government writes, with the consent of all parties, to respectfully request an extension of time for both the Government and the defense to respond to the pending motions to take depositions pursuant to Federal Rule of Criminal Procedure 15.

The Government and both defendants moved two weeks ago to take Rule 15 depositions. Pursuant to the Court's individual rules a response would be due today. However, all parties have been occupied by the pretrial hearing that commenced on September 4 and will continue tomorrow. We therefore respectfully request that the parties be permitted to file responsive papers no later than October 2, 2013.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Adam J. Fee
Stephen J. Ritchin
Assistant United States Attorneys
(212) 637-2261 / 1589 / 2503

SO ORDERED *Granted*
LEWIS A. KAPLAN, USDJ
9/18/13

cc (by electronic mail): Counsel of record