PRESUMPTIVELY CLASSIFIED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

KHALID AL FAWWAZ,                                S7 98 Cr. 1023 (LAK)

    Defendant.

------------------------------------------------------------x

## KHALID AL FAWWAZ'S REPLY TO GOVERNMENT'S OPPOSITION

## TO MODIFICATION OF THE PROTECTIVE ORDER

Bobbi C. Sternheim
David V. Kirby
Barbara E. O'Connor
Counsel for Khalid Al Fawwaz

PRESUMPTIVELY CLASSIFIED
1