USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                                                  S7 98 Crim. 1023 (LAK)

KHALID AL FAWWAZ,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER WITH RESPECT TO MOTION FOR MODIFICATION OF THE CLASSIFIED INFORMATION PROTECTIVE ORDER AND OTHER RELIEF**, dated April 15, 2014

LEWIS A. KAPLAN, *District Judge.*