USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

-against-                                              S7 98 Crim. 1023 (LAK)

KHALID AL FAWWAZ,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SUPPLEMENTAL ORDER WITH RESPECT TO MOTION FOR MODIFICATION OF THE CLASSIFIED INFORMATION PROTECTIVE ORDER AND OTHER RELIEF,**
dated April 15, 2014

LEWIS A. KAPLAN, *District Judge.*