```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-

KHALID AL FAWWAZ & ADEL ABDEL BARY,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S7 98 Crim. 1023 (LAK)

**ORDER WITH RESPECT TO JOINT MOTION FOR ISSUANCE OF LETTERS ROGATORY**, dated April 15, 2014

LEWIS A. KAPLAN, *District Judge.*