# DOCKET


Home Office

UK Central Authority
3rd Floor Seacole
Building
Home Office
2 Marsham Street
London
SW1P 4DF

T + 00 44 207 035 1276
F  00 44 207 035 6985
www.homeoffice.gov.uk

For the Attention of U.S. District Judge
Lewis A. Kaplan
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York
NY 10007 – 1312
United States of America



7 November 2014

**By Fax and by Post**

RE: USA V. FAWWAZ ET AL
98 CR 1023 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/14

Dear Judge Kaplan

**Letters of Request (Letters Rogatory) dated 2 October 2013, 18 February 2014, 22 April 2014 and 30 April 2014 in the cases of Khalid Al Fawwaz (a.k.a. Khaled Abdulrahman Hamad Al-Fawaz) and Adel Abdel Bary (Abdel Mohamed Abd-Al Bari)**

On September 3, 2014, in consequence of your kind invitation, I, together with Mukul Chawla QC appeared in the Southern District of New York. The portion of the proceedings in which Mr Chawla addressed the court were sealed.

We respectfully ask that this Court maintain the transcript under seal with the exception that it is unsealed for the limited purpose of permitting the Home Office to reference the substance of those discussions in a closed submission to the High Court in London in connection with the Secretary of State's application for a Closed Material Procedure in the United Kingdom that relates to subjects discussed during the sealed portions of the September 3 proceeding.

In all other respects, and for the reasons previously stated on the record on September 3, 2014, the Home Office respectfully requests that the transcript of those September 3 proceedings and the matters discussed during those proceedings remain under seal.


INVESTORS
IN PEOPLE

Yours sincerely

*Sarah Dubs*

Sarah Dubs
**United Kingdom Central Authority**
**Home Office**

CC Mr Akhtar Raja, Quist Solicitors, 12th Floor, The Broadgate Tower, 20 Primrose Street, London, EC2A 2EW