USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                      S7 98 Crim. 1023 (LAK)

KHALID AL FAWWAZ,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                      S10 98 Crim. 1023 (LAK)

ANAS AL LIBY a/k/a Nasih al Rahjie, a/k/a Anas al Sebai,

                Defendant.[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Late last night, counsel for defendant al Fawwaz filed a motion and two related documents publicly on the Court's CM/ECF system. Soon thereafter, the Court was advised by the government that the defendant's public filings may have contained classified information. Accordingly, the text of the filings, though not the docket entries, were removed from the publicly accessible CM/ECF system.

        Counsel for defendant al Fawwaz shall file originals and copies of the three papers in question with the Court Information Security Officer as promptly as possible.

        SO ORDERED.

Dated:        January 6, 2015

                                                    Lewis A. Kaplan
                                                  United States District Judge

---

[1] The Court has been informed that this defendant is deceased and that the government intends to file a *nolle prosequi.* Pending the filing and approval of the *nolle,* the defendant remains in the caption.