# Subject: MSANEWS: The Ladenese Epistle: Clarification from CDLR

```
     __  __  _____ _____   _  _____  __    __  _____
    /  |/  // ___//  ___  | / |/  ____/ / / /\ \ / ___/
   / /|  // /__  / /__/ / |/ /|  |___  / / /  \ \\__  \
  / / |  // ___// ___  //    |  ____/ / / /    \ \/ / /
 /_/  |_//____//_/  |_//_/|__|_____/ /_/_/      \_\__/
```

MSANEWS Home Page:           <http://www.mynet.net/~msanews/>
Comments to the Editors:     <msanews-ed@faith.mynet.net>
Submissions for MSANEWS:     <msanews@faith.mynet.net>
Problems with subscription:  <msaosu@postbox.acs.ohio-state.edu>

          Support MSANEWS, a project of learning and enlightenment
                    "A Mind is a Terrible Thing to Waste"

Source: Committe for the Defense of Legitimate Rights (CDLR)
Date: 17 Oct 96 14:12:08 EDT
Email: CDLR <100043.1420@CompuServe.COM>
Title: Re:: READERS' CORNER: The Ladenese Epistle .. and an Update on Bin-Laden

TEXT:

Ref.:    The Ladenese Epistle

        A "Western Reader" said: << The Ladenese Epistle was almost
certainly not, repeat not, written by Bin Ladin.  Dedicated he is;
intellectual he is not.  the source, 100043.1420@compuserve.com is
obviously a London address, and just as obviously an effort to stir the
pot.  That Ladin may have signed the missive is one thing, let 100043.1420
prove that he wrote it.  I don't wish to start a spitting contest, so just
let it be that there is one reader who questions the provenance of this
MSA report >>

        The address 100043.1420@compuserve.com is our (that is CDLR's)
address in London. The epistle is written in Arabic. We received the
original from the office of ARC (Advice and Reformation Committee) here in
London. The office director Mr. Khalid Al-Fawwaaz confirmed that it
originates from Usama Bin Ladin. He actually phoned him and discussed the
matter with him in length, because the letter was signed by Usama
personally, but not endorsed by ARC. That is the reason that ARC did not
distribute it widely. They did not endorse it publicly!!

        We know Mr. Khalid Al-Fawwaaz personally and believe that he is
trustworthy. His truthfulness is for us beyond doubt.

        A friend translated the message, leaving the sayings of the
Prophet, Allah Praise and Salutation be on him and his house, and the
poetry. I did translate these missing bits and did the final editing
personally.

        We are positively and absolutely convinced, that the message is
from Usama Bin Ladin and carry his signature.

        He may have had some help in the formulation (ghost writing), but
this normal for all political leaders and what you sign is YOUR statement,
inspite of possible ghost writing!!