# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com



February 17, 2015

*Hand Delivery*

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Khalid Al Fawwaz</u>
S7 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

In light of the Court's order, dated February 14, 2015, regarding the proposed testimony of expert witness Professor George Emile Joffe, the defense has decided not to call Professor Joffe to the stand.

Very truly yours,
Counsel for Khalid Al Fawwaz

*Bobbi C. Sternheim*

Bobbi C. Sternheim
David V. Kirby
Barbara E. O'Connor
John G. Robinson

cc: Government Counsel