USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/15

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2015

BY HAND

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Khalid al Fawwaz,*
98 Cr. 1023 (LAK)

Dear Judge Kaplan:

The Government respectfully writes to clarify its position with regard to the defendant's request for an adjournment of sentencing, dated April 7, 2015. Specifically, while the Government consents to a brief adjournment of sentencing until no later than June 12, 2015, it opposes any further adjournment until "late June."

If the Court is inclined to grant the defendant's request for an adjournment, the undersigned has conferred with Ms. Sternheim who informed the Government that the defense is available during the week of June 8, and if necessary, can be available on June 4 or 5, 2015.

As always, the undersigned is available to answer any questions the Court may have.

Respectfully yours,

PREET BHARARA
United States Attorney

by: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

cc: Bobbi C. Sternheim, Esq. (by electronic mail)
Counsel for defendant Khalid al Fawwaz