# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/15

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

**MEMO ENDORSED**

April 7, 2015

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
APR 07 2015
JUDGE KAPLAN'S CHAMBERS

Re: <u>United States v. Khalid Al Fawwaz</u>
S7 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

With the consent of the government, I request that the sentence proceeding scheduled for May 15th, 2015 be rescheduled for late June, preferably for the week of June 22d, if convenient to the Court.

The presentence interview, originally scheduled for March 16th, did not go forward due to a separation between Mr. Al Fawwaz and another inmate at MCC. The interview occurred on April 2d in the Courthouse. The additional time is needed for preparation of the Presentence Report, review by the parties, and completion of sentencing submissions.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*

BOBBI C. STERNHEIM

cc: All counsel
    USPO Sandra Campbell

The application is denied. Reference should be made to the transcript of proceedings this date.

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/9/15