**Criminal Notice of Appeal - Form A**

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:                  │
│ DATE FILED: MAY 27 2015 │
└─────────────────────────┘
```

**NOTICE OF APPEAL**

United States District Court

SOUTHERN District of NEW YORK

Caption:

UNITED STATES v.
KHALID AL FAWWAZ

Docket No.: S7 98 CR.1023
KAPLAN
(District Court Judge)

Notice is hereby given that KHALID AL FAWWAZ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on 5/15/15 (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial |✓| N/A |

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: 5/15/15     N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes   ] No |     If yes, provide the following information:

Defendant's Counsel: BOBBI C. STERNHEIM
Counsel's Address: 33 WEST 19TH STREET - 4TH FLOOR
NEW YORK, NY 10011
Counsel's Phone: 212-243-1100

Co-counsel:
DAVID V. KIRBY
BARBARA E. O'CONNOR
174 BATTERY ST.
BURLINGTON, VT
05401
802-863-0412

Assistant U.S. Attorney: SEAN BUCKLEY
AUSA's Address: ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007
AUSA's Phone: 212-637-2261

_____
Signature