UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA

          -against-

KHALID AL FAWWAZ,

          Defendant.
------------------------------------------x

19-cv-2708 (LAK)
(98-cr-1023 (LAK))

### ORDER

LEWIS A. KAPLAN, *District Judge.*

    Defendant moves to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The government shall respond to the motion within thirty days of the date of this order.

    SO ORDERED.

Dated:    March 28, 2019

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge