Copy mailed to defendant by First Class Mail o 7/12/2023.   AM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

   -v-

Khaled Al Fawwaz (15),
                        Defendant.

-------------------------------------------------------x

98-CR-1023-015(LAK)

Before: Judge Kaplan

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant Khaled Al Fawwaz's request for appointment of counsel to assist in filing a motion for compassionate release (DI 2222) is granted. Today's CJA attorneys, Ms. Kathleen E. Cassidy and Mr. Telemachus P. Kasulis, are appointed as counsel for defendant under the Criminal Justice Act.

      SO ORDERED.

Dated: July 10, 2023

                                                  _____
                                                  Lewis A. Kaplan
                                                  United States District Judge